**Order entered June 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00721-CV

## IN RE KARRAZ DANSBY, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07364**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court is relator's petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by July 5, 2019.**

/s/    BILL PEDERSEN, III
         JUSTICE